THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHUNTAY SHEARER, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:16-cv-115-CAR-MSH |
| v. | : | |
| | : | |
| BALDWIN STATE PRISON, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Recommendation of the United States Magistrate Judge to grant Defendants' Motion to Dismiss and dismiss this case for Plaintiff's failure to prosecute and failure to comply with a Court Order. Plaintiff has not objected to the Recommendation, and the time for doing so has expired. This Court agrees with the findings and conclusions of the Order and Recommendation, and thus, it [Doc. 29] is **ADOPTED AND MADE THE ORDER OF THE COURT**. Defendant's Motion to Dismiss [Doc.25] is **GRANTED**, and this case is hereby **DISMISSED**.

**SO ORDERED**, this 9th day of November, 2017.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

SSH